McCune & Harber, LLP
515 South Figueroa St
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JAMUNA MURTHY,<br><br>    Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE MEMBERSHIP, INC., and DOES 1 to 25,<br><br>    Defendants. | Case No: 2:18-CV-10375-R-JPR<br>Assigned to Hon. R. Gary Klausner, pending reassignment (Courtroom 880 - Roybal)<br>(Complaint filed on September 25, 2018)<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date: December 3, 2019 |

Having considered the Parties' Joint Stipulation for Dismissal of the Entire Action With Prejudice, and finding that good cause exists, the Court hereby ORDERS that Plaintiff's case 2:18-CV-10375-R-JPR is hereby **DISMISSED** with prejudice in its entirety.

DATED: November 22, 2019

*/s/ Gary Klausner*
_____
Judge R. Gary Klausner
**UNITED STATES DISTRICT JUDGE**

-1-